# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 12, 2019

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 18-1139, *Tollbrook, LLC v. City of Troy*
Originating Case No. : 2:17-cv-11417

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Robin L. Johnson
                              Case Manager
                              Direct Dial No. 513-564-7039

cc: Ms. Lori Grigg Bluhm
     Ms. Julie Quinlan Dufrane
     Mr. Richard E. Rassel III

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 18-1139

_____

Filed: June 12, 2019

TOLLBROOK, LLC

    Plaintiff - Appellant

v.

CITY OF TROY

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 05/21/2019 the mandate for this case hereby issues today.

 COSTS:  None